**E-filed 1/22/07**

1  **ROBERT DAVID BAKER, INC.**
   Robert David Baker, Esq. (Bar No. 87314)
2  1611 The Alameda
   San Jose, CA 95126
3  Tel: (408) 292-8555
   Fax: (408) 292-0703
4
   Attorney for Plaintiff
5  DENNIS BELANGER

6

   HOPE ANNE CASE (Bar No. 157089)
7  **DLA PIPER US LLP**
   2000 University Avenue
8  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendants
   WEST COAST QUARTZ CORPORATION AND
11 NANCY TKALCEVIC

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN JOSE DIVISION

15

16 | DENNIS BELANGER,                         | CASE NO. 05 CV-03771 JF

17 |         Plaintiff,                       | **STIPULATED DISMISSAL BETWEEN PLAINTIFF DENNIS BELANGER AND DEFENDANTS WEST COAST QUARTZ CORPORATION AND NANCY TKALCEVIC**

18 |    v.

19 | WEST COAST QUARTZ,
     CORPORATION; NANCY TKALCEVIC,

20 |         Defendants.                      | Judge: Hon. Jeremy Fogel

21 |                                          | Date First Paper Filed: September 19, 2005

22

23

24

25

26

27

28

-1-

In accordance with Fed. R. Civ. P. 41(a), plaintiff Dennis Belanger ("Belanger") and defendants West Coast Quartz Corporation and Nancy Tkalcevic ("Defendants") hereby stipulate to a dismissal of all claims and parties to this action with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: _____

ROBERT DAVID BAKER, INC.

By _____
ROBERT DAVID BAKER
Attorneys for Plaintiff
DENNIS BELANGER

Dated: January 18, 2007

DLA PIPER US LLP

By _____
HOPE ANNE CASE
Attorneys for Defendants
WEST COAST QUARTZ CORPORATION
AND NANCY TKALCEVIC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/19/07

_____
HONORABLE JEREMY FOGEL
United States District Judge

-2-

1  In accordance with Fed. R. Civ. P. 41(a), plaintiff Dennis Belanger ("Belanger") and
2  defendants West Coast Quartz Corporation and Nancy Tkalcevic ("Defendants") hereby stipulate
3  to a dismissal of all claims and parties to this action with prejudice. Each party shall bear its own
4  costs and attorneys' fees.
5  IT IS SO STIPULATED.

6
7  Dated: 1-17-07            ROBERT DAVID BAKER, INC.
8                            By _____
9                            ROBERT DAVID BAKER
                              Attorneys for Plaintiff
10                            DENNIS BELANGER

11 Dated: _____   DLA PIPER US LLP
12                            By _____
13                            HOPE ANNE CASE
                              Attorneys for Defendants
14                            WEST COAST QUARTZ CORPORATION
                              AND NANCY TKALCEVIC
15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.
17 Dated: _____
18                            _____
                              HONORABLE JEREMY FOGEL
19                            United States District Judge

20
21
22
23
24
25
26
27
28

DLA PIPER US LLP    PA\10485545.1                         -2-
                    356638-6                                        STIPULATED DISMISSAL WITH PREJUDICE

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Hope Anne Case, attest that concurrence in the filing of this document has been obtained from counsel for plaintiff Dennis Belanger. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January, 2007 at East Palo Alto, California.

                                                  s/Hope Anne Case
                                                  _____
                                                     Hope Anne Case